# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# AT CHARLOTTE

**UNITED STATES OF AMERICA**

v.  CRIMINAL NO. 3:04-00107-01

**WILLIAM FREDERICK REYNOLDS**

## ORDER

On May 20, 2005, the defendant appeared for sentencing in this matter. At his sentencing hearing, defendant was ordered to make restitution to Branch Banking and Trust in the amount of $13,109.50. The court also stated that the amount of restitution would be reduced once recovered monies are returned to the bank by law enforcement authorities.

The government has yet to inform the court as to the amount of monies recovered so that the court might amend the restitution order. Accordingly, the government is ORDERED to provide the court with said amount within 30 days of entry of this Order.

The Clerk is directed to send a copy of this Order to counsel of record and to the Probation Office of this court.

It is SO ORDERED this 25th day of April, 2006.

ENTER:

David A. Faber
United States District Judge